# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| CHRISTINE L. PORTER, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | Case No.: 08-cv-635-bbc |
| v. | |
| JOHN, Investigator Medicaid Fraud Control; DR. BURKE RICHMOND, ENT Physician; DR. ROWE ENT Physician; DR. PETERSON; DR. PANKAJ GUPTA, ENT Physician; DR. JAMES GOODSET, Doctor of Internal Medicine; DR. JAMES SEHLOFF, Doctor of Pulmonology; DR. LAURENCE WILLIAMS, Doctor of Internal Medicine; DR. PHILLIP KURLE, Doctor of Neurology; DR. PAUL HICK, Emergency Room Doctor; WISCONSIN DEPARTMENT OF REGULATION AND LICENSING; WALGREENS DRUG STORE, on Cottage Grove in Madison, Wisconsin, | |
| Respondents. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

**PETER OPPENEER**
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____          _____12/9/08_____
**by Deputy Clerk**                                                                    Date